FILED IN OPEN COURT
U.S.D.C. Atlanta

JUN 17 2014

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JAMES BLOCKER | Criminal Action No.<br><br><br>**UNDER SEAL** |

### Order

Having read and considered the government's Motion to Seal **Indictment** and application and for good cause shown,

It is hereby ORDERED that the **Indictment** and application be sealed.

SO ORDERED this 17th day of June, 2014.

_____
ALAN J. BAVERMAN
UNITED STATES MAGISTRATE JUDGE

Presented by:
Christopher C. Bly, Assistant United States Attorney