U.S. Department of Justice
United States Attorney

FILED IN OPEN COURT
U.S.D.C. Atlanta

JUN 1 7 2013

James N. Hatten, Clerk
By: _____
     Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

Division: Atlanta
(USAO: 2014R00480)

### DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION

COUNTY NAME:    Forsyth

DISTRICT COURT NO.   **1:14CR0228**
UNDER SEAL

MAGISTRATE CASE NO.

X Indictment                    Information                    Magistrate's Complaint
DATE: 6/17/14                   DATE:                          DATE:

UNITED STATES OF AMERICA
vs.
JAMES BLOCKER

SUPERSEDING INDICTMENT
Prior Case Number:
Date Filed:

GREATER OFFENSE CHARGED: X Felony   Misdemeanor

**Defendant Information:**

Is the defendant in custody?    Yes   X No
Is the defendant in custody on this charge or other conviction?
Is the defendant awaiting trial on other charges?   Yes   X No
    Other charges:
    Name of institution:
Will the defendant be arrested pending outcome of this proceeding?   X Yes   No
Is the defendant a fugitive?   Yes   X No
Has the defendant been released on bond?   Yes   X No

District Judge:

Attorney: Christopher C. Bly
Defense Attorney: