ORIGINAL

FILED IN CHAMBERS
JUL 17 2014
U.S. MAGISTRATE JUDGE
N.D. GEORGIA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JAMES BLOCKER | Criminal Action No.<br><br>1:14-CR-228<br><br>UNDER SEAL |

### Motion to Unseal Indictment

The United States of America, by Sally Quillian Yates, United States Attorney, and Christopher C. Bly, Assistant United States Attorney for the Northern District of Georgia, moves this court to unseal the **Indictment** in the above-styled case and in support thereof shows that sealing is no longer necessary to protect the integrity of the investigation.

WHEREFORE, the government respectfully requests that the **Indictment** be unsealed.

Respectfully submitted,

SALLY QUILLIAN YATES
*United States Attorney*

/s/Christopher C. Bly
   *Assistant United States Attorney*
Georgia Bar No. 064634
Chris.Bly@usdoj.gov