ORIGINAL

FILED IN CHAMBERS
JUL 17 2014
U.S. MAGISTRATE JUDGE
N.D. GEORGIA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JAMES BLOCKER | Criminal Action No.<br><br>1:14-CR-228 |

### Order

It is hereby ordered that the **Indictment** in the above-styled case be unsealed this 17th day of July, 2014.

_____
ALAN J. BAVERMAN
UNITED STATES MAGISTRATE JUDGE

Presented by:
Christopher C. Bly, Assistant United States Attorney