IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v.   : | CRIMINAL ACTION FILE |
| : | NO. 1:14-CR-228-AT-AJB |
| JAMES BLOCKER, : | |
| : | |
| Defendant. : | |

## O R D E R

An evidentiary hearing shall be held in this case on **Friday, May 1, 2015 at 10:00 a.m.**, on Defendant's motion to suppress statements, [Doc. 36], before the undersigned Magistrate Judge in Courtroom No. 1879, 18th Floor, United States Courthouse, 75 Spring Street, S.W., Atlanta, Georgia. The Court does not need to take evidence on Defendant's motion to suppress evidence. [Doc. 37].

**IT IS SO ORDERED**, this 23rd day of March, 2015.

_____
ALAN J. BAVERMAN
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev.8/82)